IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Angelique Castodia Deveroux

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

**Plaintiff**

VS.

Jason Seaman
John Wilcox
Quoidsha Gilliam
Quontavious Clarke

(NAME OF EACH DEFENDANT)

**Defendant(s)**

**CIVIL ACTION NO:**

## I. GENERAL INFORMATION

1. Your full name **and** prison number  Angelique Castodia Deveroux #40281

2. Name and location of prison where you are **now** confined  Houston County Detention Facility

3. Sentence you are now serving (how long?)  N/A

   (a) What were you convicted of?  N/A

   (b) Name and location of court which imposed sentence  N/A

   (c) When was sentence imposed?  N/A

   (d) Did you appeal your sentence and/or conviction?    Yes ☐    No ☐

   (e) What was the result of your appeal?  N/A

**(f) Approximate date your sentence will be completed** _____ NA _____

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

**4.** Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

Yes ☐  No ☑

**5.** If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

**(a)** Parties to the previous lawsuit INVOLVING SAME FACTS:

Plaintiff(s):_____ NA _____

_____

Defendant(s):_____ NA _____

_____

**(b)** Name of Court:_____ NA _____

**(c)** Docket Number:_____  When did you file this lawsuit?_____ NA

**(d)** Name of judge assigned to case:_____ NA _____

**(e)** Is this case still pending?  Yes ☐  No ☐

**(f)** If your answer to (e) is "No", when was it disposed of and what were the results?

(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____ NA _____

_____

**6.** Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?  Yes ☐  No ☑

**7.** If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

**(a)** Parties to the previous lawsuit:

Plaintiff(s):_____ NA _____

Defendant(s):_____ NA _____

**(b)** Name of Court:_____ NA _____

**(c)** Docket Number:_____ NA _____  When did you file this lawsuit?_____ NA

**(d)** Name of judge assigned to case:_____ NA _____

**(e)** Is this case still pending?  Yes ☐  No ☐

**(f)     If your answer to (e) is "No", when was it disposed of and what were the results?**
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____ N/A _____

_____

## 8. AS TO <u>ANY</u> LAWSUIT FILED IN <u>ANY</u> FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?     Yes ☐     No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

_____ N/A _____          _____ N/A _____

_____          _____

_____          _____

_____          _____

## III. PLACE OF INCIDENT COMPLAINED ABOUT

**9.** Where did the matters you complain about in this lawsuit take place? Perry Police Dept And Berkshire Court Apartments

**(a) Does this institution have a grievance procedure?**     Yes ☑     No ☐

**(b) If your answer to question 9(a) is "Yes", answer the following:**

**(1) Did you present your complaint(s) herein to the institution as a grievance?**
Yes ☑     No ☐

**(2) If Yes, what was the result?** Lt. Runyon, HCDF Resolved my grievances on 12/11/2023, 12/14/2023 and 12/29/2023 Lt. Runyon, Stated he submitted my Written letter(s) to both Perry Police Dept And Capt. Allen Everridge

**(3) If No, explain why not:** N/A

_____

_____

_____

_____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

Lt. Runyon 12/11/2023 HcDF GPOD cell #20
Lt. Runyon 12/14/2023 HcDF GPOD cell #20
Lt. Runyon 12/29/2023 HcDF GPOD cell #20

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?    Yes ☑    No ☐

(1) If Yes, to whom did you appeal and what was the result? Major Blanton 12/13/2023, confirmed All my letter's Were turned over to the PerryPD for Review, Cpt. Criminal Investigation Div

(2) If No, explain why you did not appeal: _____
_____
N/A

10. In what other institutions have been confined? Give dates of entry and exit.

Florida State Prison                                    2001 - 2001
Martin Correctional Prison                        2001 - 2002
Pompano Beach Work Release Ctr          2002 - 2002

_____
_____

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Houston County Detention Facility
203 N. Perry Parkway
Perry, GA 31069

_____

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Jason Seaman  Corporal  Perry Police Dept  31069
John Wilcox  Investigator  Perry Police Dept  31069
Quridsha Gilliam  Leiutenant  Perry Police Dept  31069
Qontavious Clarke  Berkishire Court Apt (D102)  31069

## V. STATEMENT OF CLAIM

**13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.**

**DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.**

**WHERE did the incident you are complaining about occur? That is, at what institution or institutions?** Perry Police Dept And Berkshire Court Apartment

**WHEN do you allege this incident took place?** June 10th, 2023

**WHAT happened?** (1) June 10th, 2023 Defendants Jason Seaman, Quontavious Clarke and Terry Parker executed A "Conspiracy to Commit A Murder". Violated Plaintiff's Rights And Constituted Cruel and Unusual Punishment under the Eighth Amendment of the United States Constitution.

(2) Last, Saturday of May 2023 the Plaintiff made A Anonymous Call to GBI Georgia Bureau Investigation. About A Alledged incident that A witness saw A male Police Officer, inside A underage girl Restroom at Perry High School.

(3) Plaintiff, Asked GBI to confirm if foul play occurred like vidence, Sexual Assault or A peeping Tom. Due to the Rise of Human Trafficking in our world today, you never Really Know what people Are doing.

**14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened.** (USE ADDITIONAL SHEETS, IF NECESSARY)

A. Off. Warren, Perry PD seen Cpl. Jason Seamon Attempt to shoot me Deveroix to death on the Porch of Apt D101

B. Lt. Breanna Byrd, Perry PD seen Cpl. Jason Seamon Attempt to shoot Deveroix to death on Porch of Apt D101

C. Daeshia, Seen Quontavious Clarke Attempt to shoot Deveroix

**15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes!** (USE ADDITIONAL SHEETS, IF NECESSARY)

Plaintiff, Deveroix seek a total of $300,000 in Damages Being $250,000 for my Physical And Mental trauma, during six Assaults And Physical and Mental trauma. During, the timeframe of being incarcerated And to cover future Medical expenses, Including, Mental Health And Rehabilitation, caused by the Assaults And Counseling for my Suicidal ideation. Plus, $250,000 being Punitive damages. $250,000 Against Perry Police Dept.

**16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.**

**17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.**

Signed this ___20th___ day of ___September___, 20 _25_.

_Angelique C. Deveroix_
**PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____MACON_____ DIVISION

Angelique Deveroxix #40281
_____
(Plaintiff/Petitioner)

vs.

Jason Seaman
John Wilcox
Queridsha Gilliam
Quontavious Clarke
_____
(Defendant(s)/Respondent(s))

:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO:

_____

MOTION TO PROCEED

WITHOUT PREPAYMENT OF FEES

AND AFFIDAVIT

I, Angelique CAShadia Deveroxix, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case. As such, I motion to the Court to be allowed to proceed without the requirement to pre-pay fees or costs or give security due to my poverty which results in my inability to pay the costs of said proceeding or to give security. For this reason, I believe I am entitled to redress.

I further declare that the responses which I make to the questions and instructions below are true.

1. Are you presently employed?        Yes ☐        No ☑

    a. If the answer is yes, state the amount of your salary or wages per month and

    give the name and address of your employer.

_____ NA _____

    b. If the answer is no, state the date you last worked and the amount of salary

    or wages per month which you received.

2022        $800 – 1,500

2. Have you received within the past TWELVE (12) months any money from any of the following sources?

    a. Business, profession, or form of self-employment?        Yes ☐    No ☑

    b. Pension, annuities, or life insurance payments?        Yes ☐    No ☑

    c. Rent payments, interest, or dividends?        Yes ☐    No ☑

    d. Gifts or inheritances?        Yes ☐    No ☑

    e. Any other sources?        Yes ☐    No ☑

If the answer to <u>any</u> of the above is yes, describe <u>each source</u> of money received and state the <u>amount</u> received from each during the past TWELVE (12) MONTHS.

_____ N/A _____

_____

_____

**3. Do you have any cash, or do you have money in a checking, savings, or prison account?** (You must attach a certificate from prison authorities if you have money in a prison account).

Yes ☐        No ☑ If yes, how much do you have?

$ _____

**4. Do you own any real estate (house and/or property), stocks, bonds, notes, auto-mobiles, or other valuable property, excluding ordinary household goods and furnishings?**        Yes ☐ No ☑

a. If the answer is yes, describe the property and state its approximate value.

_____ N/A _____

_____

_____

b. If the answer is yes, list any mortgages, liens, or loans against the property <u>and</u> state the amount you owe.

_____ N/A _____

_____

_____

**5. List the persons who are dependent upon you for their support. State your relationship to those persons and indicate how much you contribute toward their support.**

_____ N/A _____

_____

_____

Signed this __20th__ day of __September__, 20 __25__.

_Angelique C. Deveraux_
*(Signature of Plaintiff)*

## DECLARATION UNDER PENALTY OF PERJURY

**YOU MUST DECLARE UNDER PENALTY OF PERJURY THAT THE ANSWERS YOU HAVE GIVEN IN THE ATTACHED MOTION/AFFIDAVIT FORM ARE TRUE AND CORRECT. GIVING A FALSE ANSWER OR FALSE INFORMATION IN RESPONSE TO ANY QUESTION WILL SUBJECT YOU TO FEDERAL PERJURY CHARGES.  18 U.S.C. § 1621 PROVIDES AS FOLLOWS:**

> *Whoever -*
> *...*
> *(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 or title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true;*
>
> *is guilty of perjury and shall, except as otherwise expressly provided by law, be fined not more than $2,000 or imprisoned not more than five years or both.  This section is applicable whether the statement or subscription is made within or without the United States.*

**Understanding the above, I declare under penalty of perjury that the foregoing answers and information provided by me in support of my request to proceed *in forma pauperis* are true and correct.**

**Executed this** _____ 20th _____ **day of** _____ September _____ **, 20** _25_ **.**

_Angelique Deveraux_
**/(Signature of Plaintiff)**