(9/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

Appendix A

Angelique Castadia Deveroux #410281
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jason Seaman
Quridshia Gilliam
Quontavioos Clark
John Wilcox
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Angelique Castadia Deveroux
   Street Address: 203 N. Perry Parkway
   City and County: Perry, Houston
   State and Zip Code: Georgia, 31069
   Telephone Number: N/A
   E-mail Address: N/A

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

## V. STATEMENT OF CLAIM

What Happened?

(4) Last Monday of May 2023 an Houston County Sheriff employee called me for a witness statement. Plaintiff, told employee it was a alleged rumor and to just drop it. But, that employee instead forwarded that complaint over to Perry PD.

(5) June 5th, 2023 at 1:00-2:30pm Plaintiff got a unannounced knock at my door at Berkshire Court Apt (D101) Perry, 31069. Det. Heath Dykes kept banging loudly and refused to leave, he came to confirm. That, Cpl. Jason Seaman (Perry PD) was inside the underage girl restroom.

(6) But, assisting a girl who was having a seizure. Not sure if Jason was accompanied by a female staff, as, Cpl. Jason gave the girl the mouth-to-mouth CPR procedure.

(7) Because, Det. Heath wasn't even aware of this incident and possibly not even the child's parents. That, fact alone tells the citizens of Perry the Cpl. Jason hides important details, even from his supervisory.

(8) Det. Heath left my home and Plaintiff exited behind him leaving Perry 6/5-6/10/2023 Returned, Cpl. Jason found out about the investigation, and Plaintiff didn't tell him it had to be Det. Heath, we were the only two who knew.

## V. STATEMENT OF CLAIM

What Happened?

(9) Defendant Jason Seaman contacted his gang or family member Quontavious Clarke a Register Sex Offender (Rapist). And, Terry Parker to carry out a vengeful "Conspiracy to Commit Murder" plot. Upon, Plaintiff once he Retured home to Perry, 31069.

(10) Defendant Jason Seaman and his gang member(s) Quontavious Clarke (D102), Terry Parker (D100) inside Berkshire Court Apartments, Perry 31069. All, three gunman Lied and waited for Plaintiff, to Return home.

(11) Remember, before Det. Heath left Plaintiff Apartment, he now knows where Plaintiff lives now. And, also has now Plaintiff phone number, and must have provided, Defendant Jason that Sensitive information.

(12) Meaning, Defendant Jason can easily track Plaintiff every move. Using the Police GPS Navigation System. And, now can monitor Plaintiff Timeline for that entire week, including Plaintiff coming and going.

(13) Plaintiff, arrived back home on 6/10/2023 from Columbus, GA between 3-4 pm. The Plaintiff quickly noticed the Apartments was like a Cemetary. No, movements from any Residents including walking around or driving. This, was a Saturday our most busiest day, usually lots of movement.

## V. STATEMENT OF CLAIM

What Happened?

(14) Plaintiff, Also noticed his neighbor of Three years Residing in (D103), was also gone. And, they never leave their was a good Reason for this. Everyone, must have knew their was a Tresspasser behind the door of (D102), with evil intentions. The Plaintiff left, After completing A Apartment Welfare check.

(15) Defendant JAson Seaman knew Defendant Quontavious was likely to expose Plaintiff to serious physical harm or Death. Someone, also gave Defendant Quontavious A Gun, since he can't legally own one, by him being A Convicted Felon.

(16) June 10th, 2023 Defendant Quontavious Clarke executed two Aggravated Assaults. Violated Plaintiff's Rights And constituted Cruel And Unusual punishment under the Eighth Amendment of the United States of America.

(17) Plaintiff Arrived back home 7:30-8:00 pm, And noticed Again (D103) still not home. Plaintiff now felt unsafe to stay overnight, went to Bathroom to fill up two Water jugs. Then, opened up his (D101) Door. And, heard another door open up, towards the Front Bldg (D102) Defendant Quontavious.

## V. STATEMENT OF CLAIM

What Happened?

(18) Plaintiff continued walking to the Garden Center in the Rear. To water his Tree As I got about, to my Bedroom Window, Plaintiff heard Running foot steps behind him.

(19) Plaintiff quickly turned around and Seen A White dog Running, without A leech towards my leg. To, Viciously maul him, out of fear Plaintiff dropped both water jugs of cold water.

(20) Lots of cold water splashed onto the dog. The, dog quickly Ran towards the front, when Plaintiff walked back towards his (D101) Apartment. Plaintiff, Soon Seen A tall unknown man, dressed in all black clothing, from Head to Toe.

(21) Defendant, Quontavious Clarke put the dog back inside the Apartment. Then, came halfway back out his (D102) door and just stood their. His, girlfriend Daeshia was Standing in back of him the entire time.

(22) Plaintiff, began walking up toward Defendant Quontavious And Ask him can they have A mature conversation, About him sikking his dog on him. As, Plaintiff walked closer Quontavious leaned to his left, grabbing A manilla handgun, Saying stand back pointing at head.

## V. STATEMENT OF CLAIM

What Happened?

(23) Defendant, girlfriend Daeshia asked him what are you doing. Daeshia was present and witnessed Quontavious two assaults before, during and after. Quontavious told Daeshia I might have a weapon knife or gun on me, after sikking a dog on me.

(24) Daeshia talked Defendant Quontavious Clarke out of shooting Plaintiff. The Plaintiff was able to retreat safely back inside his Habitat (D101) Apartment, after Quontavious initiated both assaults.

(25) Terry Parker executed three vicious aggravated assaults. Violated Plaintiff's Rights and constituted cruel and unusual punishment under the Eighth Amendment of the United States Constitution. Moments before Terry accidental death involving Terry and Plaintiff Deveroix, Terry also had a gun.

(26) Defendant Quontavious Clark never told Perry Police Dept about his double assaults and Terry Triple assaults. Or, Quontavious being a Felon in the Possession of a Firearm. Daeshia, was the brave one who told of Quontavious wicked role, in this Triple ("Conspiracy to Murder") plot Cpl. Jason masterminded.

(27) Defendant Jason Seaman joined into the Triple ("Conspiracy To Commit Murder"), by quickly walking to the back of the Apartment Bldg. About, to release a single shot with his gun, on his surviving victim, the Plaintiff he ordered to be killed.

## V. STATEMENT OF CLAIM

What Happened?

(28) Their, was four Perry P.D. police officers, that quickly arrived and witnessed, Defendant Jason Seaman. About, to kill the Plaintiff in cold blood, Attempting, to avenge his family or gang member's death. Because, Jason chosen victim Devereoux survived all six assaults, with the help of our Lord Jesus Christ.

(29) And, Jason Seaman gang member Terry Parker instead died, while trying to kill the Plaintiff. Plaintiff, isn't happy over the death of Terry Parker. But, Plaintiff is also not happy about being the Defendants, selected murder victim either.

(30) Defendant, Jason Seaman wasn't done with the Plaintiff, he wanted his Gang Members. To, prosecute his victim in order to Avenge his family or gang member Terry Parker death.

(31) Defendant, Jason Seaman even Rudely interrupted Plaintiff and Dep. Paul King Interrogation interview. Jason, quickly called Det. Paul cell phone saying he found a witness Charlene Carr. To, press charges on Plaintiff and that Charlene was on her way to Perry P.D. Another, coworker was texting Cpl. Jason on all of the Plaintiff activity, while at the Perry Police Dept. Abetting Quontavious Clarke and Jason.

(32) The, only officers in the Rear was Plaintiff, Det. Paul King, Off. Warren and Two more Police Officers possibly Quridshw and John.

# V. STATEMENT OF CLAIM

What Happened?

(33) Defendant, Jason then encouraged his coworkers Defendants Quridsha Gilliam and John Wilcox. To, join into (evil) the crime by engaging in Prosecutorial Misconduct against the Plaintiff.

(34) June 12th, 2025 Defendants Jason Seaman coworkers Quridsha Gilliam, John Wilcox transfered and produced Fraudulent Evidence. Violated Plaintiff's Rights and Constituted perjury under the Eighth Amendement of the United States Constitution.

(35) Defendant Quridsha Gilliam got caught on 6/12/2023 on Lt. Breanna Byrd Polic Report for 6/10/2023 @ 8pm-midnight. Abetting Police Misconduct of Jason Seaman, In order, to later Introduce in Court Fraudulent Evidence.

<u>Questions (5)</u>

1) What did this Defendant Do or not do to violate your Right?

Defendant, Jason Seaman # masterminded and participated in a Conspiracy to Commit Murder Plot. Violating my (1st), (2nd) and (8th) Constitutional Rights. Defendant Jason Seaman Terry Parker And Defendant Quontavious Clark, Almost shot Plaintiff Deverouix to death.

Defendant, Quontavious Clarke failed to bring up their Six Vengeful Assaults, And their Murder Plot during Police Questioning. Defendant, Jason Seaman # also concealed Quontavious Clarke identity. And, Quontavious possessing a Firearm from other Police Officials.

## Questions (5)

2) Is the Defendant A Supervisory Official?

Defendant Jason Seaman # And Defendant Quaridsha Gilliam # Are both Supervisory Officials. Defendant Quridsha Gilliam Aided and Abetted Defendant Jason Seaman by presenting Fraudelent evidence and lying under oath during Plaintiff court hearings.

3) When and Where did each Action occur?

6.10.2023 7:30pm, Plantiff Deverouix Arrived home and walked into A Triple, Conspiracy to Commit murder plot, and included Six Assaults.

6.10.2023 7:35pm, Defendant Quontavious Clarke executed Two Vicious Assaults on the Plantiff Deverouix, witnessed by Ms. Daeshia.

6.10.2023 7:45pm, Terry Parker joined in And executed Three Vicious Assaults on Plantiff, witnessed by Charlene Carr his friend.

6.10.2023 7:55pm, Defendant Jason Seaman joined in executed One last Assault on Plantiff, Attempting to Avenge his gang member

## Questions (5)

4) How were you Injured?

Plaintiff, Deveroux was almost killed and shot to death. By, Three Vicious gang members Defendant Jason Seaman; Defendant Quontavious Clarke And Terry Parker.

As, A Result Plaintiff Deferoux suffered Several Mental And Physical disorders. Including, Suicidal Ideations; Weightloss; Panic Attacks; Bipolar; Hallucinations.

Also, being denied Access to Dental, Vision Service Providers. At, Where Plantiff is Houston County Detention Facility. 203 N. Perry Prkwy Perry, GA 31069.

## Questions (5)

5) What legally Permissable Relief do you Seek from Defendant(s)?

A. Plantiff, Seek a total of $300,000 Damages. Being $50,000 for my Physical, Mental trauma during the Six Assaults Physical and Mental trauma.

During, the timeframe of being incarcerated and to cover future Medical expenses. Including, Mental Health and Rehab caused by the Six Assaults and counseling for my Suicidal Ideation.

B. Plus $250,000 being in Punitive Damages

($250,000 Against the Perry Police Dept)

## Medical Care Indifference

Where Incidence Occured? Houston County Detention Facility Perry, GA 31069.

Who Denied Medical Care? The nurse who reply to my Medical Request never leave a name. So, it's hard to give you a direct answer, but Nurse, Nichols and Nurse, Wick. Are the ones who respond to all request but Nurse, Jan West is the Manager of the Medical Dept. But, Correct Health Medical is contracted by Houston County Detention Facility Perry, 31069.

What, was several methods you tried to notify Medical Officials? The Plaintiff always use the Kiosk to put in a Medical Request. And, a staff will Respond and state they will notify the Medical Service Provider. But, over a two year timespan I've never seen a Dental, Vision or Back Medical Service Provider.

When was Medical Care Denied? June 2023 to September 2025.

## MEDICAL CARE INDIFFERENCE

How was your Constitutional Right Violated? (A) Because, HCDF Medical Dept continue to Refuse to treat the Plaintiff medical needs, by sending Plaintiff, To, A Medical Service Provider for Vision, Dental, Back concerns.

(B) Which, violate the Eighth Amendement of United States. With Deliberate Indifference to Medical care. And, deprives the Plaintiff of his basic human needs.

What Medical Care was Denied?

(A) Dental care the Plaintiff on several occasions informed the Medical Dept. That, his tooth has broken and decaying quickly, And needs to be Serviced Soon.

(B) Back Pain the Plaintiff on several occasions informed the Medical Dept. of, severe Back pain, caused by Sleeping on Thin plastic mattresses, And concrete slabs. The nurse only gave me Tylenol for Three days And never seen a Service Provider.

Medical Care Indifference

What Medical Care Was Denied?

(C) Immunizations the Plaintiff on several occasions informed the Medical Dept. Of many germs traveling throughout the Jail, Requested. Covid-19, Flu and TB vaccination was Requested by Plantiff. But, over Two years. medical hasn't yet provided the Immunizations.

(D) Vision Care the Plaintiff on several occasions informed the Medical Dept. For over a Year that Plaintiff is experiencing Vision Blurness. That, need to be addressed before the vision deteriote into a greater. Problem such as blindness, Catarracts, Glucoma etc. But, for over a year the Medical Dept, hasn't made a Appointment to be seen, about the concern by a Vision Provider.

(E) Ingrown Toenails the Plaintiff informed Medical about his nail, was about to Detach off it's skin, leaving a Toe open wound. Plaintiff, haven't yet seen a Medical Service Provider.