Exhibit (A)

**Report - Inmates Grievance History Detail**

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 12/11/2023 9:30:20 am CST | Request ID | 732153 |
| Location | G 20 B | Kiosk | (unknown) |
| Assigned To | George Runyon | Kiosk ID | (unknown) |
| Status | Neutral | Status Entered | 12/11/2023 09:43:36 am CST |
| Status By | George Runyon | Classification | (no classification assigned) |

Grievance

Goodmorning Lt Ruyon I Angelique Deverouix is asking for your immediate assistance with Pressing Charges on a unrelated case assault. Before its to late for me to do. On 6/10/203 I wasnt aware that three gunmen, was attacking me back to back. I first though it was only Quontavious Clark(e) and Cpl. Jason Seaman. And also that evening when I went to the Perry Police Dept I remained silent. To, prevent being called a liar in future months. It took me sometime to think long and hard on why, whats the motive and who could, want me dead. When, I got the Perry Police Report for 6/10/2023 8-9:00 pm. I knew right away it was Cpl Jason Seaman. In conclusion, Lt Runyon dealing with a attempted murder plot, such as this. Cpl Jason Seaman has proven to me its not where you are from but who you know, in order for him to get away from being revealed to his victims. He must have assistance, from likeminded individuals such as himself. (coworkers, friends, and associates). But this evil individuals must also be willing to go down when the sinking ship submerges. Cpl. Jason Seaman, believed I would never figure outthe truth. But with Gods help and direction he showed me the light.

Admin Notes

Notes to Inmate This has been passed-on to the correct inquiry head -- Cpt. over CID with the Perry PD

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 12/13/2023 10:25:54 am CST | Request ID | 733464 |
| Location | G 20 B | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 12/13/2023 12:45:33 pm CST |
| Status By | George Runyon | Classification | (no classification assigned) |

Grievance

Goodmorning, Major Blanton I Angelique Deverouix. Is reaching out to you, to wish you a happy holiday season. And quickly wanted to ask you, how can I give a Statement to create a incident report on a unrelated crime outside my current case. While I am incarcerated, is that with Lt Runyon or a Houston County Sheriff officer. Because Im being held on probable cause for a 6/10/2023 incident. I did communicate with Lt. Runyon and hes aware of the incident which was a attempted murder plot on my life. Is their a staff here that can write out a incident report or would I need a officer, from Houston County Sheriff Office to meet me in visitation. I waited because, I've been supplying my Public Defender with letters and all the information. And thought he wouldof been the one. To do the incident report on my behalf, but in September he informed me. He doesnt do incident reports, only a police officer can do one. My Public Defender also informed me he doesnt want to get involved, for his own safety. But it doesn't change the fact I have alegal right to create a incident report. To document a crime executed upon me, to Law Enforcement. Please ask someone you trust to come see me in visitation to give a incedent report. Before its to late. Thanmk You Major Blanton

Admin Notes

Notes to Inmate All of the hand-written documents recently provided by you have been turned over to the Perry Police Department for review, sir. The head of their CID has been personally handed those papers and is aware of your allegations.

| | |
|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX |
| Created | 12/14/2023 7:57:33 am CST |
| Location | G 20 B |
| Assigned To | (all) |
| Status | Resolved |
| Status By | George Runyon |

| | |
|---|---|
| Inmate ID | 40281 |
| Request ID | 734027 |
| Kiosk | (unknown) |
| Kiosk ID | (unknown) |
| Status Entered | 12/14/2023 08:02:06 am CST |
| Classification | (no classification assigned) |

**Grievance**

GoodMorning Lt Runyon I am not trying to aggravate you at all. I want to say thank you for your assistance and keeping my assault private, and I want to wish you a happy holidays, I reaching out today just to briefly confirm with you because I mailed out past outgoing mail to you. But one of your unknown staff purposely forwarded those letters to my public defenders office. I mailed out the following on these exact dates the USPS is sometimes slow but these were mailed. On December 11th, 2023 : Inside a Large manilla envelope with over 50+ pgs in it. and on November 14th, 2023 : Inside a regular size envelope w over 20+ pgs in it. These are life sentence charges and false allegations thats why Im trying so hard to clear my name. If I did this crime I would never write anything. Both my Public Defender, Investigator, Eye Witnesses are scared to collect evidence until these two men are arrested. And certainly to scared to tell Police, they think the police will tell Cpl Jason Seaman their name, and he will retaliate on them next. Like he did me on 6/10/2023, Because most likely Cpl. Jason and Quontavious Clarke would strike again. Its just a matter of time when they do. I'm truly bless to have made it out alive, because they almost succeded with there 3 vs. 1 murder plot. Plese confirm these two lengthy letters were received by you and Ill be on my way. Thank You again Ly Runyon Happy New Years

**Admin Notes**

Notes to Inmate I cannot recall exact dates, but as far as I know, everything you've sent-up has been received by me.

| | |
|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX |
| Created | 12/27/2023 3:48:52 pm CST |
| Location | G 20 B |
| Assigned To | Michelle Westbrook |
| Status | Denied |
| Status By | Michelle Westbrook |

| | |
|---|---|
| Inmate ID | 40281 |
| Request ID | 740583 |
| Kiosk | (unknown) |
| Kiosk ID | (unknown) |
| Status Entered | 12/29/2023 03:16:38 pm CST |
| Classification | (no classification assigned) |

**Grievance**

Goodmorning Major Blanton, happy holidays I am quickly writing you to please ask you to forward this to Judge Bo Adams Judge Lumpsten and Judge Lukemire and Perry Police Dept Cap Allen Everidge on my behalf please. On unprofessional activity regarding my letters. I submitted to David Jenning today a request for a new defender. Because 1. I've been writing letters to inform dyou Im the victim To the Judges Bo Adams, Pery Police, Lt Runyon, but David keeps stealing the letters, even after I told him in July to stop doing it. Which he admitted it on12/7/2023 in front of Judge Lukemire, myself and Ms. Theresa present. 2. Im asking the courts to request my client file ASAP, from David ofice, to retrieve my stolen letters. 3. Mr. David is forcing me to go to trial by saying plead not guilty at arraignment, when I told him its to much contaminated and hidden evidence to attempt to win. 4. David knew since June 2023 criminal posing as witnesses Charlene Carr was responsible for cutting Terry arms in a regular domestic violence fight they had. And Quontavious Clarke pointed his loaded gun towards my head, after he sikked his unleash dog on me witnessed by Ms. Daysia. who is now gone missing, maybe got murdered by Quontavious for saying something. 5. On12/27/2023 at 11-12noon David visited me, and kI ask for him to call a perry police officer kso I can give a Official incident Report. And then for him to pick up the pplication from the magistrate courts the a0lication to requst a bence warrant for a few people arrest. Of course if granted by the Judges. He quickly said he refuses to help me at all. 6. David hasnt told the Judges that Quontavious Clark, Paul King and Qurisdsha Gilliam has been caught lying by witnesses and police reports, caught in lies. And now he can request their removal as being a witness from the Judge from testifying at my trial, but he has not done that yet. I no longer trust David Jenning he is giving off snake vibes, like hes protecting thse criminals. Please forward this on my behalf please, because he stealing alot of letters, given to him by Jail staff employees. He is rushing to go to trail as well to silence me permanently please move quickly with this, ask one of your trusting transportor men to give to al 3 judges thank you. Major Blanton

**Admin Notes**

**Notes to Inmate** Forwarded to the Public Defender's Office 12.29.23 - mmw

| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
|---|---|---|---|
| Created | 12/29/2023 10:03:47 am CST | Request ID | 741262 |
| Location | G 20 B | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved | Status Entered | 12/29/2023 02:05:10 pm CST |
| Status By | George Runyon | Classification | (no classification assigned) |

| Grievance | Goodmorning Lt Runyon on 12/20/2023 I mailed you five "Victim Statements to create a official police incident report. Also informing you the crimes that are verified and unverified. For either you or a Perry police officer to create a oficial incident report on my behalf, since Im in this jail and unable to myself. And wanted to know if those official reports are ready to be picked up. If not ready can you ask Perry police dept when will they be available for pickup. If you never received those letters can you please provide me with the Perry police dept phone number and address and ill request it directly from them myself. I waited this long because my Public Defender kept stealing my outgoing letters, a unknown jail employee kept giving him. Lastly, do you know name ofthe application with the court to request a court hearing for the judge to grant a warrant for these criminals arrest. These criminals now witnesses testifying at my trail lying on me. |
|---|---|

| Admin Notes | |
|---|---|

Notes to Inmate I received the envelope, and I will make certain Perry P.D. receives it once I return to work next week, sir.

EXHIBIT (C)

# Reply to Inmate Grievance

Inmate: <u>ANGELIQUE DEVEROUIX</u>                Entry ID: 980830

Location: H 14 A                                    Inmate ID: 40281

Kiosk:                                    Inmate State ID:

Subject: Self Represented Litigant Pro Se Alert

Assigned To: (Jail) - Felder, Daphne

Classification: Miscellaneous

Complaint Against:None

Date Added: Aug 9, 2025 - 1:21 pm CDT

Grievance:

Goodmorning, I'm here to inform you that I'm playing an active role as a Plaintiff in a upcoming pending criminal and / or civil case. That will be handled and heared by our Federal Court System in the near future. This case will be unrelated to my current criminal pending case, being represented by the Public Defenders Office. As a Prose litigant I Deverouix would take responsibility and risks the same a a Public Defender; Private Attorney, when litigating the action. Once, I have filed it with Clerk of Courts. I Deverouix would be responsible for the following procedures that govern the court process, as a Prose litigant. And, held to the same Standards of Professionalresponsibility as a trained attorney. I'm fully aware of both my Civil and Constitutional rights and if they were violated. I must be aware of the following: Service of my complaint; Identify all defendants by name and address; How to file documents; Srvice of my complaint; Diligently prosecute my case, to do everything necessary to prepare my case for trail; Apointment of counsel; Federal Rules of civil or criminal procedure; United States code. I'm, informing all HCDF jail staff today, so no employee here would be in violation of my Civil or Constitutional rights. In the Fall of 2024 my Public Defender was fired, because of him accepting forwarded outgoing mail that was not addressed to him. The, employee is employed by the Houston County Judicial System, who name is Mr. Lee. He, admitted under oath at my trial that he has been forwarding over all my outgoing mail to David Jennings with the Public Defender office. Mr. Lee is a paralegal who picks up the mail daily a HCDF, he was unaware that my mail was unrelated to the current case. But David was very aware and never forwarded the mail to the correct receiver, which is a crime. So, I'm informing the entire jail staff to please allow all my outgoing mail to be properly mailed out to reach its receiver. And, never forward the mail to my Public Defender because, it's unrelated case information. To, prevent any employy here from violating my Civil and Constitutional rights. If my legal outgoing and incoming mail continues to be forwarded to my Public Defender office. As, a Prose litigant I'm required under Federal law, to serve that employee. With, the necessary paperwork from the Federal Courts and it's not my job as a Prose litigant. To, find that defendant or employee legal representation, for violating my Civil or Constitutional rights. And, stealing Legal outgoing mail is a crime, punishable in our Judicial Court System under Rule 4 (e), (f), or (g). Also, regarding this pending criminal case I'm legally allowed to search for a private attorney, to represent me. That includes me representing this case as a Prose litigant as well which is what Im considering as well. Please forward this alert to all jail staff and the Public Defender Office as well please, I'm not being difficult but simply informative of my Civil and Constitutional rights.

Status:

Denied

Attachments:                    **Attachment Name**

Notes for Inmate:                This is not grieve-able.

Preset Responses

No preset responses found.

EXHIBIT (D)

# Reply to Inmate Grievance

|  |  |
|---|---|
| Inmate: <u>ANGELIQUE DEVEROUIX</u> | Entry ID: 982593 |
| Location: H 14 A | Inmate ID: 40281 |
| Kiosk: | Inmate State ID: |
| Subject: Lt.Runyon | |
| Assigned To: All | |
| Classification: Miscellaneous | |

Complaint Against:None

Date Added: Aug 13, 2025 - 3:22 pm CDT

Grievance:

Goodmorning, Lt. Runyon I am currently representing myself (ProSe) in a unrelated case from my Criminal Case being heard by Federal Court house in Macon, GA its a Civil and/or Criminal proceeding. It's not involving anyone in this Jail but other parties outside this jail, I am playing an active role as a plaintiff in an upcoming pending criminal / civil case. This, is a seperate case now being handle by the Public Defender office, as a ProSe litigant I Deverouix would take responsibily and risks the same as a Public Defender, Private Attorney. When litigating the action, once I have filed it with the Clerk of Courts. I, Deverouix would be responsible for the followng procedures that govern the Court process, as a Prose litigant. And, held to the same Standards of Professional Responsibility as a Trained Attorney. I'm, fully aware of my Civil and Constitutional rights and if they have been violated. I, must be also aware of the following: Appointment of Counsel, Diligently prosecute my Case, How to file documents, Identify all defendants by name and address, Service my Complaint, To do everything necessary to prepare my case for trial, obey Federal rules of Civil or Criminal procedure, Obey United States code. I'm, informing all HCDF jail staff today, so no employee here would be in violation of my Constitutional or Civil Rights not (personal). In the Fall of 2024 my Public Defender was fired because of him accepting forwarded outgoing mail, that wasn't addressed to him. The employee is employed by he Houston County Judicial System, who name is Mr. Lee. He, admitted under oath at my Trial 10/2024 he was the one forwarding my mail to David Jennings. Lee, picks up the mail daily at HCDC, he was purpursely doing it not sure why. I'm asking all HCDF employees to please allow my outgoing mail to be properly mailed to it's proper destination. And, never forward my legal mail to the Public Defender Office its not case related to my criminal case and even David Jennings knew that. Also, regarding my pending criminal case I'm legally allowed to search for a Private Attorney, to represent me. That, includes me representing also myself as a ProSe litigkant as well, which is what I'm considering as well. Please forward this to all Jail Staff and Public Defender Office on my behalf please. Not trying to be bossy or rude just explaing my rights as a US Citizen.

Status:

Neutral

Attachments:          **Attachment Name**

Notes for Inmate:          forwarded to the public defender's office

Preset Responses
No preset responses found.

EXHIBIT (E)

# Reply to Inmate Grievance

|  |  |
|---|---|
| Inmate: <u>ANGELIQUE DEVEROUIX</u> | Entry ID: 984385 |
| Location: H 14 A | Inmate ID: 40281 |
| Kiosk: | Inmate State ID: |
| Subject: Captain Mitchelle Westbrooke | |
| Assigned To: All | |
| Classification: Miscellaneous | |

Complaint Against:None

Date Added: Aug 18, 2025 - 9:11 am CDT

Grievance:

Goodmorning Mrs. Westbrook, I submitted 3 Request on a variety of issues but some wicked person open them up but never gave me a response, The grievance #s are # 5771525, 5771431, 5771497. Acording to my 12th Constitutional Rights I have the right to the courts. No person shall be deprived of the right to prosecute or defend, either in person or by attorney. I was informing the ISU team that I'm Self Representing myself as a (ProSe) litigant in a Federal Civil and/or Criminal case, and wanted the ISU team to please be put me on their Legal Research Associates Program, in a Indigent status. And I will also provide them ASAP from the Federal Courts my case# when I'm assigned one by them. But first I must submit if back to them before they provide me with a case# it's a process, especially with the Federal Courts which I dealt with on 2 seperate prior occasions, in past years. Can you please please out who worked that day and handled that request please. Also I receceintly contacted medical today to request a 1-2 pages Summary of service, not my medical records itself. This, document will me just handing to my next health provider telling them who was my previous provider that's it. I feel some nurse may make it a big deal, which it's not.

Status:

Neutral

Attachments:        **Attachment Name**

Notes for Inmate:        I will print-off those requests for you. Cpl. Fritz sent the first 2 to the public defender's office; he noted it in the administrative note section (as you'll see) but not in the inmate notes section. The last one was answered today by ISU.

Preset Responses
No preset responses found.

EXHIBIT (F)

# Reply to Inmate Request

Inmate: <u>ANGELIQUE DEVEROUIX</u>

Location: H 14 A

Entry ID: 5771431

Inmate ID: 40281

Inmate State ID:

Kiosk Name:

Kiosk ID: 0

Subject: Theresa Craig

Indigent: Yes

Assigned To: All

Date Added: Aug 13, 2025 - 2:19 pm CDT

Emergency: ☑ This request is an emergency.

Request:

Goodmorning, Ms. Craig how are you doing this morning, please tell my family I Love them and keep praying for me. And let any homeless animal you see on the streets I Love them as well, Ms. Craig I'm just writing some Pretrial notes to communicate. All notes and questions quickly back to you and my Defender before that date. Can please mail me a copy of all 3 police reports created by Cpl. Jason Seaman, Lt. Breanna Bryd, and Det. Paul King please. The copies can be used, wrote on, damaged but visible, etc I need to read them to see if theirs something we missed, so I can quicklycommunicate it both to my legal team ASAP.. Thank You

Status:

Resolved Unsubstantiated

Notes for Admin:     Forwarded to Public Defender Office 08/13/2025 MF #7262

Notes for Inmate:

Preset Responses

No preset responses found.

**Item History**

| Date | Modified By | Assigned To | Status |
|---|---|---|---|
| 08/13/2025 02:21:26 pm CDT | DetentionCenter Housing | | Resolved Unsubstantiated |

EXHIBIT (G)

# Reply to Inmate Request

Inmate: ANGELIQUE DEVEROUIX

Location: H 14 A

Entry ID: 5771497

Inmate ID: 40281

Inmate State ID:

Kiosk Name:                                                    Kiosk ID: 0

Subject: ISU Request                                    Indigent: Yes

Assigned To: (Jail) - Felder, Daphne

Date Added: Aug 13, 2025 - 2:34 pm CDT

Emergency: ☐ This request is an emergency.

Request:

Goodmorning, ISU I am working on a unrelated Federal court case and wanted to please request a copy oy of the following forms pleas . 42 U.S.C. 1983 Complaint Form and Motion to proceed without prepayment of Fees and Affidavit. Also Legal Supplies Copy Paper, Pens, etc Im a Self Representative Litigant (ProSe) inside a pending Civil and/or Criminal court case. Also so I dont have to keep doing the bak and forth what is the process on requesting Witness Statements , and Grievance because I must include those in my Federal Case Application. Thank You

Status:

Resolved Substantiated

Notes for Admin:        Forwarded to ISU 08/13/2025 MF #7262

Notes for Inmate:       YOU ARE NOT ELIGIBLE FOR THOSE ITEMS. YOU HAVE TAKEN THE NECCESSARY
                        FORMS TO BE CONSIDERED PRO SE. WE WILL ISSUE YOU A 42 U.S.C. 1983 FORM

Preset Responses

No preset responses found.

**Item History**

| Date | Modified By | Assigned To | Status |
|---|---|---|---|
| 08/13/2025 02:48:10 pm CDT | DetentionCenter Housing | Daphne Felder | In Progress |
| 08/18/2025 10:35:48 am CDT | Sabrina Sears | Daphne Felder | Resolved Substantiated |

Exhibit (H)

# Reply to Inmate Grievance

Inmate: ANGELIQUE DEVEROUIX       Entry ID: 988645

Location: H 14 A       Inmate ID: 40281

Kiosk:       Inmate State ID:

Subject: Lt. Runyon

Assigned To: All

Classification: Miscellaneous

Complaint Against:None

Date Added: Aug 27, 2025 - 9:25 am CDT

Grievance:

Goodmorning, Lt. Runyon thank you for your assistance and patience as I finalize the Federal Courthouse paperwork which I'm trying to finalize by this Friday. I just wanted to ask you before the documents are submitted to the ISU dept, for the following items to include in my Packet as well, if you don't mind. Remember I'm (ProSe) Litigant and a inmate at the same time, I'm responsible in giving the Courts everything myself (1) HCDF only one Witness Statement from 2023 or 2024, I submitted. (2) Perry Police Dept Lt. Breanna Byrd and Cpl. Jason Seaman police reports for 6/10/2023 @8pm -midnight, not a original but copy, Only if you have it. (3) Perry Police Dept Ms. Daeshia Witness Statement or Transcript she gave a Detective between 6/11-6/15/2023, her admitting Quontavious Clarke was in Possesion of a Firearm only if you have it. (4) Copy of my request # 5802144, #5798391, #5791600, #5802044, #5795420, #4685322, (Medical) #5851794, #5795486, #5370580, #4877339, #4685322, Grievance # #982613. Please forward over to me, so I can include them in my Federal Court Documents. (5) Copy of my Affidavit of Warrant for the 6/10/2023 incident only if you have it please. Once the HCDF employee take the Packet, I'll notify you of the Date and time, so you to can then put information under your Administrative notes. Just in case the Federal Courts say they didn' receive the packet. I'm going to continue to communicate with you until packet is received by the Federal Courts Thank You .

Status:

Neutral

Attachments:       **Attachment Name**

Notes for Inmate:       I saw 1 hand-written statement from 2023 in your file / printed-off for you. I do not have access to numbers 2, 3, or 5. All have been printed-off for your #4 request; I could not locate 5851794, so I printed all of your medical requests. Give it 24hrs for the papers to reach you.

Preset Responses

No preset responses found.

EXHIBIT (I)

# Reply to Inmate Medical Request

Inmate: <u>ANGELIQUE DEVEROUIX</u>　　　　　Entry ID: 5777159
Location: H 14 A　　　　　　　　　　　　　Inmate ID: 40281
　　　　　　　　　　　　　　　　　　　　Inmate State ID:

Kiosk Name:　　　　　　　　　　　　　　Kiosk ID: 0
　　Subject: Nurse. Torrez　　　　　　　　Indigent: Yes
Assigned To: All
Date Added: Aug 15, 2025 - 3:52 pm CDT
Emergency: ☐ This request is an emergency.
Request:

Goodmorning, beautiful Nurse Torrez I am wishing you happy New Year, Merry Christmas, Happy Birthday as well I just wanted to thank you for the mental health counseling you give all inmates here at HCDC. Today, I just wanted to request my Mental health records from 6/2023- current please, it's for my own personal records before I leave this jail. Thank You

Fees:　　　　　$ 0.00
Custom Fee:　 $ 0.00　　　　　　[Add Medical Fee] [Add Inmate Fee]
Total:　　　　 $ 0.00
　Status:

Resolved Unsubstantiated

Notes for Admin:
Notes for Inmate:　　ONCE YOU ARE RELEASED YOU MAY REQUEST YOUR RECORDS
Preset Responses
No preset responses found.

## Item History

| Date | Modified By | Assigned To | Status |
|---|---|---|---|
| 08/15/2025 07:10:45 pm CDT | Correct Health Medical | | Resolved Unsubstantiated |

EXHIBIT (J)

# Reply to Inmate Medical Request

Inmate: <u>ANGELIQUE DEVEROUIX</u>                    Entry ID: 5781430

Location: H 14 A                                        Inmate ID: 40281

Inmate State ID:

Kiosk Name:                                            Kiosk ID: 0

Subject: Summary Of Services                           Indigent: Yes

Assigned To: All

Date Added: Aug 18, 2025 - 7:28 am CDT

Emergency: ☐ This request is an emergency.

Request:

> Goodmorning, I just wanted a 1-2 page Summarized Mental Health Services I received here. Before I go to pretrial please a brief Summary of Service including the name of the Service provider and/ or name of Medical company, Address, My Diagnosis, Start+ End of my Mental Health service. Not my medical records just the name of the provider info, so I can give it to the next Mental health provider, when they ask, Since this is Mental Health. Or do I ask Nurse Barwick herself I dont want to get anyone in trouble. Thank You

Fees:            $ 0.00

Custom Fee:      $ 0.00            [ Add Medical Fee ]  [ Add Inmate Fee ]

Total:           $ 0.00

Status:

```
Resolved Unsubstantiated
```

Notes for Admin:

Notes for Inmate:        You will need to have your Attorney request these records.

Preset Responses

No preset responses found.

## Item History

| Date | Modified By | Assigned To | Status |
|------|-------------|-------------|--------|
| 08/18/2025 03:06:51 pm CDT | Jan West | | Resolved Unsubstantiated |

EXHIBIT (K)

# Reply to Inmate Request

Inmate: <u>ANGELIQUE DEVEROUIX</u>

Location: H 14 A

Kiosk Name:

Subject: Legal Supplies

Assigned To: (Jail) - Sears, Sabrina

Date Added: Aug 18, 2025 - 7:40 am CDT

Emergency: ☐ This request is an emergency.

Entry ID: 5781447

Inmate ID: 40281

Inmate State ID:

Kiosk ID: 0

Indigent: Yes

Request:

Goodmorning, can I please request my monthly indigent supplies including Sock, composition book, pen, lotion etc. Also, my monthly Legal supplies envelopes, pens, (10) copy paper Im a prose litigant and according to the handbook we may request legal supplies once a month at least. Please forward this request over to me please, also this is my second request for the same item request. Thank You

Status:

```
Resolved Unsubstantiated
```

Notes for Inmate:                    YOU ARE NOT ELIGIBLE FOR 30 DAYS SUPPLY

Preset Responses

No preset responses found.

EXHIBIT (L)

# Reply to Inmate Request

Inmate: <u>ANGELIQUE DEVEROUIX</u>                                    Entry ID: 5791600

Location: H 14 A                                                              Inmate ID: 40281

                                                                                      Inmate State ID:

Kiosk Name:                                                                    Kiosk ID: 0

Subject: Sgt. Sabrina Sears ISU                                     Indigent: Yes

Assigned To: (Jail) - Sears, Sabrina

Date Added: Aug 21, 2025 - 6:23 pm CDT

Emergency: ☒ This request is an emergency.

Request:

Goodmorning, Ms. Sears I know you are super busy serving over 500 inmates hear, thats why i wanted to ask you in advance. Im requesting for an appointment to request my Account Certification for a Federal Court Document (ProSe)to be filled out by you and/ or a Authorized Officer of Institution. To be notarized then also Dated, verifying of my Inmant Prisoner Account average balance for the previous 6 month. Im trying to get this completed by August 31, 2025. Also I need a Computer Printout of the Account Available To get it back to the Courts, please let me know the best time to meet with you please. I'm willing to work with you based on your calender, Im not telling you but asking you please, also I am not being bossy but informative. Have a great day Sgt. Sears and God bless you. Can you please also forward me a copy of this request please.

Status:

In Progress

Notes for Inmate:

Preset Responses

No preset responses found.

Exhibit (M)

# Reply to Inmate Request

Inmate: ANGELIQUE DEVEROUIX                Entry ID: 5802144
Location: H 14 A                                          Inmate ID: 40281
                                                                  Inmate State ID:

Kiosk Name:                                              Kiosk ID: 0
    Subject: Funds Department                      Indigent: Yes
Assigned To: (Jail) - Fritz, Kelsey
Date Added: Aug 26, 2025 - 1:06 pm CDT

Emergency: ☐  This request is an emergency.

Request:

Goodmorning Funds Dept I am a Prose Indigent Inmate and applying for IN FORMA PAUPERIS with a upcoming
Federal Court Civil and or Criminal case. And I'm submitting a request for Notary Service of Verification of a Inmate
Certification form that I currently have, or you can print off from the Federal court website. Under the Motion to Proceed
Without Prepayment of Fees and Affidavit from 42 U.S.C. 1983, they need to verify my average monthly balance for the
last 6 months in my Inmate Acct. Filled out, Notarized, by a Authorized Officer of Institution/ Title and that's it. 1) Did
you want to schedule a Appointment with me to have services done in person, 2) Did you want to print off from their
website filled out then bring to my H14 pod, leave with a Deputy. Whatever works best for you. I'm trying to have
everything completed by August 31,2025 I'm asking you not telling you, can you please work with me. I would rather
deal with you only on this matter and not a Captain and/or Lt if possible.

Status:

In Progress

Notes for Inmate:

Preset Responses
No preset responses found.

Hey Developin

Exhibit (M)

# Reply to Inmate Request

Inmate: ANGELIQUE DEVEROUIX                    Entry ID: 5802044

Location: H 14 A                                         Inmate ID: 40281

                                                        Inmate State ID:

Kiosk Name:                                             Kiosk ID: 0

Subject: Sabrina Sears ISU                              Indigent: Yes

Assigned To: (Jail) - Sears, Sabrina

Date Added: Aug 26, 2025 - 12:39 pm CDT

Emergency:  ☐  This request is an emergency.

Request:

Goodmorning, Sgt. Sears thank you for clarifying what Dept need what, Sgt. Sears for future references to eliminate the back and forth. 1) What, services do yourself render here other than Commisary, in your dept? 2) Can you please give a Deputy a Computer printout of my Inmate Account Certification from the previous six months, so I can give to the Federal Courts. 3) What is the criteria to be eligible as a (Prose Litigant) Self Representative that we may request these supplies per month, while we Prose litigants are housed at HCDF. Do you also have the name of the employee who works in the funds Dept, so I can address them properly. Thank You

Status:

Resolved Unsubstantiated

Notes for Inmate:                    REFER TO RESPONSES TO YOUR LAST REQUESTS

Preset Responses

No preset responses found.

Exhibit (0)

# Reply to Inmate Request

Inmate: <u>ANGELIQUE DEVEROUIX</u>                   Entry ID: 4685322

Location: D 14 A                                      Inmate ID: 40281

                                                     Inmate State ID:

Kiosk Name:                                          Kiosk ID: 0

Subject: Major David Carrick                         Indigent: Yes

Assigned To: All

Date Added: Apr 22, 2024 - 11:24 am CDT

Emergency:  ☐  This request is an emergency.

Request:

Goodmorning, I Deverouix would to ask you can you please allow 1 of your trusting Sergents or LT to please handle all my outgoing mail. To prevent any interceptions of my outgoing mail from getting in the wrong hands. Preventing my mail from not reaching its proper destinations, please. Alsocan I talk with you in vistation and /or write you a personal letter to inform you of a urgent matter please.

Status:

Resolved Unsubstantiated

Notes for Inmate:              Request denied, please reference your inmate handbook for out going mail policy-JAC

Preset Responses

No preset responses found.

Exhibit (P)

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 08/21/2025 6:39:53 pm CDT | Request ID | 5791626 |
| Location | H 14 A | Kiosk | (unknown) |
| Assigned To | Jan West | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 08/22/2025 09:17:59 CDT |
| Status By | Correct Health Medical | | |

Request: Goodmorning, Medical I'm sorry I didn't inform you but I will be a ProSe litigant (Representing Myself) in an upcoming Federal Court Civil/Criminal soon. And the Federal Courts needed my Mental Health records or a cover sheet from my Service Provider with contact information. So they can request those request upon their request, and as soon as they provide me with a Court Case#. I, was going to give that to Nurse. Barwick ASAP, I wanted to submit that with my other court document all at once. To prevent the back and forth I hope you understand, if you don' t mind forwarding me a copy of my request for ID#5781430 and ID# 5777159. So the courts would know I did at least ask you, I do trust all the Nurses here. Can you give it to the Deputiy to hand to me please, I am trying to get everthing completed by 8/31/2025. Thank Y

Admin Notes

Notes to Inmate: NURSE BARWICK WILL BE MADE AWARE OF YOUR REQUEST

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 08/23/2025 2:36:14 pm CDT | Request ID | 5795408 |
| Location | H 14 A | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 08/23/2025 11:29:00 pm CDT |
| Status By | Correct Health Medical | | |

Request: Goodmorning Medical thier is alot of germs in this Jail, is their a way I can please get my Second Covid 19 booster shot and/ or Annual Flu Shot. I was last service for one at Dublin, GA Walmart in 2019-2020. Thank You

Admin Notes

Notes to Inmate: THE PROVIDER WILL BE MADE AWARE OF YOUR REQUEST

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 08/23/2025 3:13:11 pm CDT | Request ID | 5795486 |
| Location | H 14 A | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 08/23/2025 11:30:37 pm CDT |
| Status By | Correct Health Medical | | |

Request: Goodorning, I am asking for the second ime since 2024 and I was told the service provider was made aware. I'm seeng with blurness since last year 2024 can you find That request # please.

Admin Notes

Notes to Inmate: NURSE WEST WILL BE MADE AWARE OF YOUR REQUEST

Exhibit (Q)

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 02/16/2025 9:08:29 am CST | Request ID | 5370580 |
| Location | D 14 A | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 02/25/2025 08:15:42 am CST |
| Status By | Jan West | | |

| | |
|---|---|
| Request | Godmorning, I just wanted to know if i can see a provider for my back pain it occurs at different times of the week please. Thank You |

**Admin Notes**

| | |
|---|---|
| User Message | Would you like to be scheduled for a nurse sick call for your back pain? |

| | |
|---|---|
| Notes to Inmate | A sick call has been scheduled. |

---

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 08/15/2025 3:52:11 pm CDT | Request ID | 5777159 |
| Location | H 14 A | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 08/15/2025 07:10:45 pm CDT |
| Status By | Correct Health Medical | | |

| | |
|---|---|
| Request | Goodmorning, beautiful Nurse Torrez I am wishing you happy New Year, Merry Christmas, Happy Birthday as well I just wanted to thank you for the mental health counseling you give all inmates here at HCDC. Today, I just wanted to request my Mental health records from 6/2023- current please, it's for my own personal records before I leave this jail. Thank You |

**Admin Notes**

| | |
|---|---|
| Notes to Inmate | ONCE YOU ARE RELEASED YOU MAY REQUEST YOUR RECORDS |

---

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 08/18/2025 7:28:59 am CDT | Request ID | 5781430 |
| Location | H 14 A | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 08/18/2025 03:06:51 pm CDT |
| Status By | Jan West | | |

| | |
|---|---|
| Request | Goodmorning, I just wanted a 1-2 page Summartized Mental Health Services I received here. Before I go to pretrial please a brief Summary of Service including the name of the Service provider and/ or name of Medical company, Address, My Diagnosis, Start+ End of my Mental Health service. Not my medical records just the name of the provider info, so I can give it to the next Mental health provider, when they ask, Since this is Mental Health. Or do I ask Nurse Barwick herself I dont want to get anyone in trouble. Thank You |

**Admin Notes**

| | |
|---|---|
| Notes to Inmate | You will need to have your Attorney request these records. |

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 07/10/2024 8:35:09 pm CDT | Request ID | 4877345 |
| Location | D 14 A | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 07/10/2024 09:10:55 pm CDT |
| Status By | Correct Health Medical | | |

Request    GoodMorning I would liketo provide a update onm my mental health to Nurse Torrez in medical. I wrote this time need to see her. Thank You

Admin Notes

Notes to Inmate mental health has been made aware of your request

---

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 01/09/2025 8:59:11 am CST | Request ID | 5287673 |
| Location | D 14 A | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 01/09/2025 10:04:10 pm CST |
| Status By | Correct Health Medical | | |

Request    Goodmorning, i wanted to ask you if in the future I can becalled to medical during business hours. When ISU and Administrative offices is open, for my own personal safety and mental wellbeing please. Nothing personal just trying to do my time in peace Thank You

Admin Notes

Notes to Inmate NOTED

---

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 01/09/2025 9:13:23 am CST | Request ID | 5287716 |
| Location | D 14 A | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 01/09/2025 10:04:49 pm CST |
| Status By | Correct Health Medical | | |

Request    GoodMorning I am asking for a Covid 19 and Flu booster immunization shot. Whenever your next shots are given please. Thank You

Admin Notes

Notes to Inmate NOTED

| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
|---|---|---|---|
| Created | 06/29/2024 3:40:06 pm CDT | Request ID | 4851784 |
| Location | D 14 A | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 06/29/2024 09:50:11 pm CDT |
| Status By | Correct Health Medical | | |

**Request**  Goodmorning I was receintly seen by a dentist he was a little suspicious ofwhen my tooth broke, I told him its been deteriorating slowly but broke off receintly. So to avoid this confusion in my future I need 4 fillings on the back left side of my tooth thats about to break and / or deteriorate. and 3 on the back right side that is also deteriorating Because I have not got a cleaning since Ive been here. And thisway I wont be accused of lying. He really offended me when Ive been putting of seeing the dentist since Ive arrived, I dont want anyone making me look like a liar, Im not. Thank You

**Admin Notes**

**Notes to Inmate** YOU HAVE AN DENTAL VISIT COMING UP

| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
|---|---|---|---|
| Created | 06/29/2024 3:44:09 pm CDT | Request ID | 4851794 |
| Location | D 14 A | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 06/29/2024 09:53:21 pm CDT |
| Status By | Correct Health Medical | | |

**Request**  Goodmorning I would likea vision exam please to inform the specialist im having problems reading and seeing simple lines

**Admin Notes**

**Notes to Inmate** THE PROVIDER HAS BEEN MADE AWARE OF YOUR REQUEST

| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
|---|---|---|---|
| Created | 07/10/2024 8:32:57 pm CDT | Request ID | 4877339 |
| Location | D 14 A | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 07/10/2024 09:07:04 pm CDT |
| Status By | Correct Health Medical | | |

**Request**  Goodmorning I am confirming my urgently needed, vision exam with the service provider. Is there a date set So I can be prepared.

**Admin Notes**

**Notes to Inmate** The provider has been made aware of your request

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 06/04/2024 6:18:59 pm CDT | Request ID | 4790859 |
| Location | D 14 A | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 06/04/2024 06:31:47 pm CDT |
| Status By | Correct Health Medical | | |

| | |
|---|---|
| Request | Goodmorning I have been experiencing a sharp pain on my left side started 3 weeks ago. I woke up and fell back in bed, should I be concerned. |
| Admin Notes | |
| Notes to Inmate | SICK CALL SCHEDULED |

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 06/09/2024 8:09:41 pm CDT | Request ID | 4802838 |
| Location | D 14 A | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 06/10/2024 04:24:21 am CDT |
| Status By | Correct Health Medical | | |

| | |
|---|---|
| Request | Hello, my right side back tooth broke today, I have a big hole in my tooth region. Cant eat in the region now. What should I do. |
| Admin Notes | |
| Notes to Inmate | SICK CALL SUBMITTED |

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 06/21/2024 12:56:00 pm CDT | Request ID | 4832569 |
| Location | D 14 A | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 06/22/2024 02:02:17 am CDT |
| Status By | Correct Health Medical | | |

| | |
|---|---|
| Request | Goodmorning my right hand rear tooth has chip off Now my gums is open my tooth is killing me. my crack tooth is filled with bacteria and rotting away please help me please. |
| Admin Notes | |
| Notes to Inmate | Sick call scheduled |

Exhibit (W)

# Reply to Inmate Request

Inmate: ANGELIQUE DEVEROUIX                    Entry ID: 5798391

Location: H 14 A                                        Inmate ID: 40281

Inmate State ID:

Kiosk Name:                                            Kiosk ID: 0

Subject: ISU Sabrina Sears                          Indigent: Yes

Assigned To: All

Date Added: Aug 25, 2025 - 9:01 am CDT

Emergency:  ☐ This request is an emergency.

Request:

Goodmorning, Ms. Sears I didn't want to get the Captain involved, cause I dont think its necessary, your ISU dept have been very supportive. Last week I did receive form 42 U.S.C 1983 Prisoners filing a complaint form and Motion to proceed without prepayment of fee and affidavit application. And I want to thank you but I notice that the font size was between 14-20 very large. Will the Federal Courts have a issue with that size, its readable but just large if you feel it wont be a problem. Then can I set up an appointed with you Ms. Sears to get my Account Certification from you filled out then notarized. And a computer printout of my 6 month Inmate Account Statement please. If you feel it might be a problem can you please reprint the application in 12 font size and forward it over to me please, I'll fill it out again no ploblem. My US Constitutional rights allows me access to the Courts and cant be prevented or denied by any jail official. Thank You.

Status:

Resolved Unsubstantiated

Notes for Inmate:                 All we do is print the form that is saved in our system and we haven't had any problems before with the courts accepting it. Funds are responsible for account certifications so you will need to fill out a request form out to funds in reference to this.

Preset Responses

No preset responses found.

Exhibit (U)

# Reply to Inmate Grievance

Inmate: <u>ANGELIQUE DEVEROUIX</u>                    Entry ID: 982613
Location: H 14 A                                      Inmate ID: 40281
Kiosk:                                          Inmate State ID:
Subject: Major Blanton
Assigned To: (Jail) - Felder, Daphne
Classification: Miscellaneous
Complaint Against:None
Date Added: Aug 13, 2025 - 3:50 pm CDT
Grievance:

Goodmorning Major Blanton In the near future I will be, acting a a Self Representative litigant in a Criminal and/ or Civil Federal court case. And I want you to please pull up a recent grievance I submitted its ID# is 980830 8/9/2025. I know your jail staff was unaware but i've Completed and represented (7) State and Federal Court cases Indepently including a Criminal, Bankruptcy, Traffic Citations, Name Change, and now Civil Cases and won all of them. Please, inform all your Staff members this case doesn't involve any employee working at HCDF but a unrelated matter. And not to interfere with any of my Incoming and Outoing mail, because I would be mandated by the Federal Courts to serve that employee with the papers, and I cant give them legal advice. I'm not being mean but informative up front with you to keep everthing professional at all times. Please forward to all your Lts, Housing Sgts, Cpls, Deputies, Administrative staff. Thank You

Status:

Denied

Attachments:                    **Attachment Name**

Notes for Inmate:                    This is not grieve-able.

Preset Responses
No preset responses found.

EXHIBIT (V)

**Report - Inmates Request History Detail**

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 06/26/2023 10:21:32 am CDT | Request ID | 3872986 |
| Location | Intake 13 Intake-13 | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 06/26/2023 07:51:54 pm CDT |
| Status By | Correct Health Medical | | |

Request: Hello, i know everything is fee based, but is there a person who can assist me with cutting my toe nails, im afraid they will bend and break and cause severe bleeding. I usually have to cut them once monthly. Thank You

Admin Notes:

Notes to Inmate: TOENAIL CLIPPERS ARE AVAILABLE ON SUNDAY ASK YOUR POD OFFICER

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 07/31/2023 1:51:42 pm CDT | Request ID | 3968048 |
| Location | D 07 B | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 07/31/2023 09:16:17 pm CDT |
| Status By | Correct Health Medical | | |

Request: I put in for shaving profile kit this morning at medical. i am requesting the clippers this week i wont shower after but put all hair in a bag and properly dispose it. thank you.

Admin Notes:

Notes to Inmate: YOU HAVE AN CLIPPER PROFILE

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 07/31/2023 1:53:47 pm CDT | Request ID | 3968058 |
| Location | D 07 B | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 07/31/2023 09:32:26 pm CDT |
| Status By | Correct Health Medical | | |

Request: i was told since im in d pod have to come directly to medical. can someone come get me. to get my nfeet toenais clipped. thank you

Admin Notes:

Notes to Inmate: SICK CALL SCHEDULED

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 08/04/2023 3:09:11 pm CDT | Request ID | 3980561 |
| Location | D 07 B | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 08/04/2023 10:01:47 pm CDT |
| Status By | Correct Health Medical | | |

Request    yes can you have d pod officer to bring clippers to me please.

Admin Notes

User Message    Check with POD officers to see which day(s) D Pod is scheduled to have clippers.

Notes to Inmate

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 09/26/2023 2:27:53 pm CDT | Request ID | 4133712 |
| Location | D 06 A | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 09/27/2023 02:37:08 am CDT |
| Status By | Correct Health Medical | | |

Request    i want a double ortion tray please. thank you

Admin Notes

Notes to InmateYOU HAVE BEEN SCHEDULED FOR AN WEIGHT CHECK

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 09/26/2023 2:29:28 pm CDT | Request ID | 4133723 |
| Location | D 06 A | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 09/27/2023 02:37:46 am CDT |
| Status By | Correct Health Medical | | |

Request    i want a syrofoam tray my appetite goes down when i see black stains on the trays, then i dont want to eat. thank you.

Admin Notes

Notes to InmateNOTED

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 09/30/2023 8:46:29 am CDT | Request ID | 4144515 |
| Location | D 12 A | Kiosk | (unknown) |
| Assigned To | Daphne Felder | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 10/01/2023 01:42:13 am CDT |
| Status By | Correct Health Medical | | |

**Request**  i put in for a syrofoam tray but yet to start getting it when will i get a styorofoam i am loosing my appetite with thenreguopar dirty bottom trays.

**Admin Notes**

**Notes to Inmate**

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 10/10/2023 9:08:11 am CDT | Request ID | 4173122 |
| Location | D 12 A | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 10/10/2023 06:51:01 pm CDT |
| Status By | Correct Health Medical | | |

**Request**  can you request me this saturday to medical im in d pod i dont think they bring clippers here. thank you

**Admin Notes**

**Notes to Inmate** REQUEST MADE KNOW

| | | | |
|---|---|---|---|
| Inmate Name | ANGELIQUE DEVEROUIX | Inmate ID | 40281 |
| Created | 04/25/2024 8:24:06 am CDT | Request ID | 4693069 |
| Location | D 14 A | Kiosk | (unknown) |
| Assigned To | (all) | Kiosk ID | (unknown) |
| Status | Resolved Unsubstantiated | Status Entered | 04/25/2024 11:13:06 pm CDT |
| Status By | Correct Health Medical | | |

**Request**  Goodmorning I need to clip my toenails after 4 months also want a blood pressure check , can you please request me tomorrow please. Im scared to know but i must know. Thank You

**Admin Notes**

**Notes to Inmate** BLOOD PRESSURE CHECK SCHEDULED