("Itemized Evidence List")

| Evidence Description | Location |
|---|---|
| 1. Ambulance (Paramedic) Who seen all Terry injuries, can testify if Terry even had arm cuts, Paramedic also rode with Terry Parker. | American Medical Response Perry 31069 |
| 2. Quontavious Clark p. 478 321 0978 his # 478 321 0978, GPS, Phone Records, Text. you can confirm, contact, with his gang members Terry Parker and CPL. Jason Seaman. | Cell Phone Provider |
| 3. Copy of my Indictment transcripts, showing Terry arm cuts. that Qu04id sha presented not a Coroner or Medical Provider.  Confirming those Pictures, came from a Medical Provider | Houston County Clerk of Courts Perry, 31069 |
| 4. Copy of Order of Protection (6 mth - 1 yr) Deverovix Filed Spring 2023. On Residents of Berkshire Court Apartments (Apt D102) Perry, GA 31069. | Houston County Clerk of Courts Perry, 31069 |
| 5. Register Sex Offender Data Sheet. (To verify that Quontavious Clarke (Rapist) informed them he would. Be at Berkshire Court Apartments (Apt D102) 1820 Macon Rd Perry GA 31069, 6/10/2023. | Houston County Sheriff Dept Warner Robins, GA |

Angelique Deverovix (HCDF) #2023C0059514 Pg 1 of 2

| Evidence Description | Location |
|---|---|

6. DeT. PAUL King bodycam 6/10/2023 @ 7:45–8:05 pm. You will Witness All of Terry Barker injuries. And, if Terry even had ARM cuts. If Indictment images not matching up to Bodycam.

Quridsha Gilliam is lying (Fraud).

*Location:* Perry Police Dept Perry, GA 31069

7. Lt. Breanna Byrd police Report to catch And Witness, Quridsha Gilliam being caught in A Unsupervised transaction, With gang member Inv. John Wilcox.

*Location:* Perry Police Dept Perry, GA 31069

8. Police Reports All (3) from, Officers. CPL. Jason Seaman, Lt. Breanna Byrd; Det. Paul King Read them carefully. Will catch on 6/10/2023 cpl. Jason + Det. Paul—

they said Terry had Two Dry Defensive Arm cuts. But Quridsha showed (1) Long Deep Arm Wound, At Indictment.

*Location:* Perry Police Dept Perry, GA 31069

9. Bodycam off Lt. Breanna Byrd from 6/10/2023 @ 7:45 – 8:00 pm. To Witness CPL. Jason Seaman trying to Kill Deveroux in Cold Blood.

*Location:* Perry Police Dept Perry, GA 31069

10. Transcript, Witness Statement that Ms. Daeshiva gave A Detective confirming. Quontavious trying to kill Deveroux, And him having A Loaded gun, Who gave him that Gun is unknown?

*Location:* Perry Police Dept Perry, GA 31069

("Itemized Evidence List")

| Evidence Description | Location |
|---|---|
| 11. A, (one Stop Shop) you contact Houston County Clerk of Courts Carolyn V. Sullivan — Superior Courts 201 N. Perry Prkwy Perry, GA 31069 | Houston County Clerk of Court's |
| Many Persons has Electronically Already, given this court lots, of evidence during my Indictment Hearing. | |
| Please, Write them to ask them or Supeona the Evidence to be Forwarded to you. Will, Save you the Time and Footwork. (And/or) | |
| 12. Also, my Public Defender Mr. Thomas Johnson Houston County Public Defender Mr. Thomas Johnson 201 N. Perry Prkwy Perry, GA 31069 | Houston County Public Defender Office |

Angelique Deveroux
(HcDF)# 2023C0059519    Pg 2 of 2

These two Agencies might
Already Have everything you
need.

HCDF Houston County Detention Facility
Angelique Deveroux #2023C0059519L
203 N. Perry Parkway
Perry, GA 31069

August 30th, 2025

U.S. District Court
Middle District of Georgia
Attn: District Judge
P.O. Box 128
Macon, GA 31202

Reference:            Evidence List


Goodmorning, U.S. District Court
Honourable. District Judge, I, Deveroux
is writing you this Evidence List, to
inform you of where you can look for
each evidence. Linked, to this Wicked
("Conspiracy to Murder") plot,
masterminded by Cpl. Jason Seaman.

pg 1 of 7

From Perry Police Dept. And, explaining that as a prison or jail inmate. I can't collect any of this Available evidence on my own.

I have Knowledge where it can be obtain from:

A. Perry Police Dept.
B. Houston County Clerk of Courts
C. Houston County, Detention Facility
D. Ambulance Provider
E. Houston County Coroner office

[The Defendants chimes include]

A. (Prosecutorial Misconduct) =

Abetting police misconduct such as entrapment; Introduction Into court of false testimony And Fraudulent evidence, Quridsha Gilliam

B. (Falsified Documents) =

Presenting graphic photo's of Terry Parker, With cuts, to Imply I did them. And Terry didn't die by Accident or mistake. Quridsha Gilliam

C. 1st Constitutional Right Violation.
D. 2nd Constitutional Right Violation.
E. 8th Constitutional Right Violation.
F. 12th Constitutional Right Violation
G. 13th Constitutional Right Violation

("Evidence List")

[The Defendant's Crimes Include]

H. (Conspiracy To Commit A Murder) =
Cpl. Jason Seaman (Perry Police Dept),
Quontavious Clark And Terry Parker
Premeditated To Kill Deverouix When
He Arrived back home on 6/10/2023,
using GPS Navigation Tracking System,
used by Police Officers.

I. (Possession of Firearm by a Felon) =
Quontavious Clark was witnessed by
Deverouix And his girlfriend Daeshia
in the possession of a Firearm.

J. (Aggravated Assault) =
Quontavious Clark was witnessed by
Deverouix And his girlfriend Daeshia
Sikking A Pitbull on Deverouix.

K. (Aiding And Abetting) =
Quridshia Gilliam, John Wilcox And
Cpl. Jason Seaman, Are Aiding
And Abetting Terry Parker And
Hitman Quontavious Clark.

L. (Criminally Tresspassing to Commit)
(A Felonious Crime) =
Quontavious Clark, A Registered
Sexual Offender (Rapist), was Tresspassing
on 'Private Property' To commit A
Murder upon Deverouix.

Angelique Deverouix (HCDF)
#2023C0059519L Pg2 of 7

(1)

Lt. Quridsha Gilliam And Det. John Wilcox (Perry P.D), Was, Caught on Lt. Breanna Byrd Police Report on 6/12/2024, engaged in A Unsupervised Transaction. She, without her Supervisor Awareness handed Invest. John Wilcox.

(2)

A, CD Drive of Crime Scene Images this Was caught by Lt. Breanna Byrd her Police Report 6/10/2023. The only Reason Someone Would do A unauthorize traaction, behind their Supervisor back.

(3)

Is, if they didn't feel it will be Approve, by their Supervisor. Lt. Quridsha Gilliam, Submitted Gaping Arm cuts At my Indictment, Of, Supposelebly Terry And not his entire body At the Morgue.

("Evidence List")

(4)

So, now It's adding up she used Invest, John Wilcox to possibly, After crime scene Images, From, this case, giving John permission to use computer Technology Adobe photoshop.

(5)

And full access to Crime Scene Images that was taken by her, but later gave John Wilcox, Behind her supervisor back, he can Also take that CD Drive home with him.

(6)

Evidence →  The, good news she Quridsha Gilliam was caught in the Act, performing that unauthorized transaction. Dated, 6/12/2023 9 1- 2:30 pm when coworkers was at Lunch. Also, this is the same time Det. Heath Dyke's came unannounced to my home.

(7)

This timeframe is possibly when their Supervisor is At Lunch. This, is evidence that Quridsha Gilliam has done this before, to someone else case. But, never got caught until now.

American Medical Response, Office Manager
1116 Morningside Dr - Perry, GA 31069 (Ambulance)
(1)

1.
Collected

not Yet

Evidence →    Please, Ask them if they were the Ambulance
Provider, That, was dispatch at
Berkshire Court Apartments. Apt. D100
Perry, GA 31069. At 7:30 - 8:00 pm
(2)

Evidence →    Ask, them the name of the Paramedic
name that treated client Terry Parker
and Angelique Devereaux. Ask, this
Provider to submit a written Report on
Terry Injuries, where they dropped
him off to.
(3)

Evidence →    Ask, this Paramedic to be a Witness
at my Trial. Contract their medical
Records, possibly contracted with
Perry Hospital. ("Open Records Yet")
(4)

This, Paramedic would know every
injurie that Terry Sustain that Day.

Houston County Clerk of Courts
Carolyn V. Sullivan - Superior Courts
201 N. Perry Parkway
Perry, GA 31069
(1)

1.
Evidence →    Request, copy of my Summer 2023
Indictment Transcripts. Submitted by
Lt. Quadisha Gilliam (Perry Police Dept).
(2)

not

Yet    You can verify and see the Fraudulent
Images, she presented to the Superior
Court Room. Of a Graphic Image
of Terry Parker Arm Cut, which
possibly never came from Houston County
Coronor Office And/or Perry Hospital
Morgue.



("Evidence List")

Houston County Clerk of Courts
Carolyn V. Sullivan — Superior Courts
201 N. Perry Parkway
Perry, GA 31069

(1)

2.

collected

not yet

Plaintiff, Deverouix completed a Application
With the Houston county Magistrate
Courts, in Spring of "Spectacular" 2023.

(2)

Restraining Order And/or
Order of Protection, someone from
the courts must have contacted.

(3)

This, Quontavious Clarke Family because
they stopped Sikking their Dog upon
Deverouix, after the Filing.

(4)

Evidence →

Also Quontavious Remained on the Porch
of Apt D102, the entire time during,
before and after his Double
Assaults upon Deverouix.
Please, get a copy of that Restraining
Order from Magistrate Courts

(5)

3.

Public

Defendant, Quridsha Gilliam is
Cpl, Jason Seaman Friend and coworker.
That, is presenting Fraudulent Images
of Terry Parker Arms.

(6)

Defender

Thomas

Johnson

has

To, verify this my Public Defender has
All the Evidence in their Office,
Including, Cpl, Jason Seaman bodycam
And/or Det, Paul King bodycam, those
Bodycams, will confirm if Terry
Parker even had Arm Cuts.

(7)

Evidence

Evidence

If, the Bodycams isn't matching up
to, Quridsha Gilliam Indictment images
then this is All the Evidence you need.

Angelique Deverouix (HCPD) Pg 4 of 7
# 2023C0059519L

Houston County Clerk of Courts
Perry, GA 31069

(8)

3.  Another, WAY to confirm if Terry
    had ARM cuts. Is to Read Both
Collected   Perry Police Dept Police Reports, And
Public   they Read From ← — Evidence

Defender  Cpl. Jason Seaman and Det. Paul King,
         That Terry had (Two) Dry Defensive
has      Cuts, That, weren't Actively bleeding
         but according to the Indictment image
Evidence
(And)                        (10)
        That, Qoridsha Gilliam presenting during
Perry   my Summer 2023 Indictment, was
Police  only (One) Deep Gaping Wand,
Police                       (11)
Dept    Without, any Medical Ambulance, or
        Medical Examiner, present to confirm
        those Injuries, on Terry Parker
        was present when he was in their
        custody.
                             (12)
        The, District Attorney Office knew
        the Paramedic And Coroner Office
        Would not, Lie, For, them out
        of Vengeful Retaliation purposes.
                             (13)
        The, bottom line their Gang member
        Terry, Parker, participated in A
        premeditated, Murder plot And
        it Backfired on them, And one
                             (14)
        Of, them instead got injured in the
        process of, Them, successfully
        Killing in Daylight Deveroux when
        he Returned home on 6/10/2023.
                             (15)
        These, three gunmen's initiated the
        Violence not Deveroux, Witnesses
        Charlene, Daeshin, even stated that.



(" Evidence List ")

Houston County Sherriff Internal Affairs
200 Carl Vinson Parkway #A
Warner Robins, GA 31088

(1)

1. Defendant Quontavious Clarke was
tresspassing onto Berkshire Court
Apartments. Hiding inside (Apt #102)
for a reason, the main question is
since Quontavious don't know Deveroix.

Collected

not

Yet

(2)

How, did he know Deveroix timeline
because he is a Registered Sex Offender
And is Prohibited. To be around
underage minors evidence Quontavious
doesn't live at Berkshire Court Apartments.

(3)

evidence ⟶ Please obtain Quontavious Clarke
GPS tracking data, from his cellphone
provider. To confirm Quontavious made
contact with Jerry Parker And/or
Cpl. Jason Seaman (Perry PD).

(4)

From 6/5 - 6/10/2023, You then can
confirm gang activity and communication
between all three men.

(5)

Quontavious Clark (phone# 478 321 0978)
his phone provider can and will
provide your court's with Quontavious
phone records + text messages.

(6)

And, their "Conspiracy To Murder
Plot"; they were plotting behind
their victim. Deveroix Uborick that
entire week, and prove I'm telling
the truth.

Angelique Deveroix (HCDF) pg 5 of 7
#2023C0059519L

# Houston County Sheriff - Internal Affairs

(7)

2.  Defendant, Quontavious Clarke is A Registered Sex Offender. A confirmed Rapist. Meaning, At one point he Lied in Waited to Rape his Victim.

Collected

Not

Yet

(8)

When, others Weren't Around to Witness Quontavious, Forcing himself onto his Victim. When, they Were All Alone this shows you, Quontavious is A Snake, And Predator.

(9)

He Waits to Strike his victims Without Warning, Very Similar to how A Anaconda Strikes. And, how he came up behind me When he sikked his pitbull on me, this Was Without Warning.

(10)

Quontavious is A Hybrid Predator he Capable, of multiple crimes. In, order to get his Way including Murder, Rape, Burglary, Home Invasion. He Was dressed in All Black, to blend in With the night.

(11)

Meaning, he Was going to Kill me later that night. But, I Wasn't going to be Staying, that night, because my neighbor (Apt D103) Was gone and I felt strange vibes.

(12)

Quontavious Always needs to Register With Houston County Sheriff in order. For him to be At Any Apartment Bldg that houses underage Kids.

(13)

Evidence→

Please obtain A Sex Offender Data Sheet, From Houston County Sheriff to Verify, he informed them he Was At Berkshire Court Apartments on 6/10/2023 97:00 - 8:00 pm.

# ("Evidence List")

## Perry Police Dept - Records Dept
## 1207 Washington St, Perry GA 31069

### (1)

collected 1. → Please, pick up Lt. Breanny Byrd bodycam
Footage for the crime For 6/10/2023, 9
NOT yet       7:45 - 8:00pm, Her, bodycam Would show
cpl. Jason pointing his gun at my upper
body.

### (2)

Evidence      Attempting, to Avenge his Family and/or
Gang member death, but a few officers
Knew About, the, murder plot And
made it to save my Life, From the
predator cpl. Jason Seaman.

### (3)

2. → Please, pick up Quontavious girlfriend
Witness Transcript, she left with
Evidence      A Detective, She, stated seeing Quontavious
Also With A gun, And pointing the gun
to my Head.

Ms. Daeshia Witnessed Quontavious

A) Quontavious sikking a pitbull on
Deveroix, to maul Deveroix.

B) Quontavious grabbing his gun,(Which
Was, Vanilla And Black) then
pointing it towards Deveroix Head.

### (4)

It's a Strong possibility Daeshia
might, be getting threatened, by Quontavious
She, is a key Witnessed. Daeshia
might Also is being Aggravatedly Stalked
by this Sexual predator.

Angelique Deveroix (HCDF)       pg 6 of 7
# 2023 C0059519L

(5)

Note: For the copy of the
Restraining Order inform the
Clerk of Courts my filing imme.

Angelique Deveroux
1820 Macon Rd. Apt D101
Perry, GA 31069

vs.

Berkshire Court Apartments
Apt D102 (Resident's)
Perry, GA 31069



(" Evidence List ")

(1)

What type of Person Would premeditate A vengeful, murder Plot, behind their Victim Angel Deverouix back.

(2)

Then Run and lie to the Perry Police Dept detective when Quontavius was questioned by them. And cowardly throw his Victim Deverouix Right under the Bus.

(3)

In order to Save himself, Lying to the Detective, stating that Quontavius And Terry Parker both Assailants, was, chased by Deverouix with a machete.

(4)

Despite Three people denying that Ms. Daeshia, Charlene Carr and Deverouix. All, stating Quontavius nor Terry was, ever chase by any machete.

(5)

Matter of Fact, assailant Quontavius girlfriend, Ms. Daeshia, stated she witnessed instead. Her boyfriend Quontavius Clark with the same handgun, the Victim Deverouix witnessed.

(6)

And, the only way Daeshia Would of seen Quontavius gun, is when Quontavius pointed it at Deverouix head. Inside Bld D Hallway Breezeway even Charlene Carr.

(7)

Herself, said she witnessed Quontavius standing, instead on Apt D102 porch with a verbal exchange with Deverouix. Both, women never saw any machete chase at all.

Angelique Deverouix (HCDF) Pg 7 of 7.
# 2023C0059519

noTe This, coward Quontavious CLARK
ALSo never brought up his
Double ASSaults, He Administered
on Deveroux that night, to the
PERRY Police, DepT Detective,
To Avoid being ARRested that
night.

Itemized Evidence    Location

HCDF
Angelique Deveroix #2023C0059519L
203 N. Perry Prkwy
Perry, GA 31069

August 30th, 2025

US District Court
Middle District of Georgia
PO Box 128
Macon, GA 31202

Reference: Motive of Crime


Goodmorning, US District Court.
I, Deveroix is writing the Important
letter to share with your Agency the
("Motive of Crime"). That, was forced
upon Deveroix on 6/10/2023; a failed
murder Plot. That, was unsuccessful
by the Power of God, but these gang
of Assailants.

pg 1 of 5

(2)

Are, now playing the victim card
And now shifting All the blame on
their surviving victim Deverovix.
In the Attempt to throw the Attention
off their premeditated murder plot,
And now on their victim Deverovix.)

(3)

Itemized Motive of Case:

A. Deverovix, heard in A Public setting
that A male Police officer was
seen entering A young girl's Restroom
At Perry High School.

B. Deverovix, thought long And hard on
what to do. Decided, to Reach out to
GBI, Saturday before 6/5/2023.

(4)

C. Deverovix, told them what I heard,
Regarding A male officer, going inside
A Female Restroom, At, Perry
High School. And to check to see if foul
play occured. Such As A Sex/Violent
Assault or A peeping tom.

(5)

D. The Monday before 6/5/2023 I Received
A Phone call, From, A Investigator
At Houston County Sherriff Office,
Asking me questions. About, CPL. Jason
Seamon inside the Restroom.

(6)

E. Deverovix, told the Investigator to
Drop it since I wasn't positive.
But, instead of dropping it, this
man Forward the concern, over,
to Perry Police Dept to Det. Heath Dykes.

("Motive OF Crime")

(7)

F. Det. Heath Dykes, looked At Video
Footage, of Any Foul play sometime
that Week. But, instead of understanding
the concern Heath seemed Angry with
the Whistleblower, Deveroux.

(8)

G. ("See Something Say Something"), Went
Right out the Window. Det. Dykes,
did witness Cpl. Jason Seamon
indeed inside the minor girl Restroom
And Around A minor girl.

(9)

H. Det. Heath didn't Say if Cpl. Jason
was or was not Accompanied, by A
female Staff member At Perry
High School.

I. But, did confirm Cpl. Jason being inside
the female Restroom. But, performing
A mouth-to-mouth CPR procedure.
So, Deveroux didn't Lie on Cpl. Jason
Seamon.

(10)

J. Det. Heath Dykes, visited my home
in person 6/5/2023 @ 1-2:30 pm.
Unannounced And Kept banging Loudly,
As though he wanted other neighbors
to here him.

(11)

K. Det. Heath, Refused to leave so I
invited him inside. That's, When he gave
me the conclusion of the Investigation Results.

Angelique Deveroux (HCDF) Pg 2 of 5
#2023C0059519L

(12)

L.  Det. Heath, Stated no foul play occurred. But, instead A mouth to-mouth CPR procedure was Administered. Not, clear if Cpl. Jason performed the CPR procedure.

(13)

M.  That, wasn't told to me as though Det. Dykes was covering for him attempting. To, Aid and Abette A Criminal felonious crime. In order, to prevent the truth from being discovered, to the Perry High School Principal and parents.

(14)

N.  Today it's not clear if the parents. of that minor girl was informed about the mouth-to mouth CPR. Because, one thing that I'm learning is the Perry PD Detectives, Lt's and Investigators.

(15)

O.  Go the extra mile, to cover up occurrences involving Cpl. Jason Seaman from the public. It's, Also proof that Det. Dykes; Lt. Quridicha Gilliam; Det. Paul King; And Invest. John Wilcox Are capable of Aiding And Abetting Cpl. Jason Seaman.

(16)

P.  The, premeditated murder plot took place, that same week on 6/10/2023. Days, After Det. Dykes investigation was completed.

("Motive of Crime")

(17)

On, 6/5/2023 before Det, Heath left my home, Heath asked me who told me about the truthful concern, And that's when I realized Heath was only concerned about Cpl, Jason And not that little girl safety And innocence.

(18)

I, Deverouix Also today realize that the employees, At Perry PD, would have no hesitation to protect one Another, to prevent, A warranted Arrest, To, be made even if one of their coworker was involved with a Felonious crime.

(19)

Including, premeditated murder Attempt, sex or violence Assault on A minor At Perry High School. And that should concern every Perry Resident, That, I'll local Perry PD is willing to go the extra mile to Aid and Abetted each others crimes.

(20)

Deverouix was gone that entire Week and exited Perry from 6/5 - 6/9/2023, That, gave Quontavious Clark and Cpl. Jason Seaman enough time to plan the cold blooded murder plot,

(21)

Quontavious Clark was the hitman for Cpl, Jason vengeful, Retaliation for the Revelation, that Det, Heath discovered About him, Earlier, that week Cpl, Jason took it personal and not thinking About that minor girl safety,

Angelique Deverouix  (HCDF)    Pg 3 of 5
#2023C0059519L

(22)

My, main concern (was how did Cpl. Jason even) know, She was having a CPR. And, if their Are hidden camera's installed inside the Restroom's, At Perry High School.

(23)

The, truth will never be Revealed because what I've Learned about the case Alone. The, Police Dept of Perry is capable of covering up crimes, for the Police officers, Working there.

(24)

Who, themselves broulke the law and should Receive, the same treatment that the Recidents of Perry, would, have Receive for their crime (Breaking the Law).

(25)

Rules Are Rules that should be followed by, police officers, Lawyers, Doctor And, citizens Alike, And, no one, Should be Immune from, prosecution, especially A Sex or violent Assault on A minor.

(26)

Or A Premeditated Murder plot, that backfired on the Assailants, who, was secretely involved From 6/5 - 6/10/2023. And, Now being painted As they Are the victim.

## (" MoTive of Crime")

**(27)**

When evidence is showing Terry Ran to the back of Building D, voluntarily, And, not forced to do so by Deveroux, Charlene, Quontavious. Terry is A grown man And makes his own choices in life.

**(28)**

Quontavious, Cpl. Jason Seaman And Terry Parker premeditated A wicked murder plot. Behind their victim Deveroux back I, guarantee if you that if Deveroux was murdered by Quontavious or Terry that fateful evening.

**(29)**

Cpl. Jason Seaman, Lt. Quridsha Gilliam, Det. Paul King would have tried everything to cover up their crime. They would have not collected the Gun from Quontavious nor Terry just like they didn't collect so far from them.

**(30)**

Even After they learned from Daeshia And Deveroux, that Terry And Quontavious had guns on private property.

Angelique Deveroux   (HCDF)   pg 4 of 5
#2023c00595A L

(31)

Unanswered Question(s) on Motive Plot?

A. Who drove Quontavious Clark (Sex offender) to Berkshire Court Apartments, to commit the Premeditated murder?

B. Who provided Quontavious the manilla and black handgun, Daeshia and Deverouix seen, when Quontavious. Pointed it to Deverouix head after Quontavious was asked why did he sikk his white pitbull on Deverouix. (32)

C. Is Terry Parker (mexican) Cpl. Jason Seaman (mexican) And primarily Female Resident Apt D102 (mexican). Are, they family members, Because, I seen Charlene talking to Apt D102 on (1) separate occasion. There, is a Gang or Family connection going on here. (33)

D. What date did Quontavious Clark phone # 478-321-0978 And Cpl. Jason Seaman set up the Premeditated murder 6/5-6/10/2023 After 2:30pm. (When) Det. Heath Dykes left my home?

E. Cpl. Jason Seaman was the first police to arrive, to the Crime Scene, And the other officers arrived Three-Ten minutes Later. This, was to me a indication Jason wanted to conceal his Hitman(s) Identity? (34)

F. Why, was Cpl. Jason Seaman the only Police Officer, that quickly called into Perry PD. Jason interrupted my witness interview with Det. Paul King As though he didn't want me. to, share what Quontavious, Terry And He did to Deverouix. Jason was (possibly) texted by one of his coworkers in the Perry PD my Public Def David Jennings even spotted that.

("Motive Of Crime")

(35)

G. Why did Charlene say she seen Terry get hit by A object, Deverouix threw at. And seen Terry Run Voluntarily to the back of Bldg D. BUT, lost her memory About not hearing Terry Deaths threats And Tripple Assaults!

(36)

Was it because she didn't want the court to know Terry was the Assailant and not the Victim. OR, was it that Charlene didn't want Anyone to believe, she cut Terry?

(37)

H. At the Preliminary Hearing Charlene stated Terry was hit by AU object, And out of "Spirit of Revenge". Voluntarily Ran towards the Back, why didn't Charlene at that moment call 911.

(38)

I. During, Assailant Terry Death Threats And Tripple Assaults, Right during that moment. That, was administering upon Deverouix including destroying Deverouix front door.

(39)

J. Why did Charlene only call 911, After Terry, Triple Assaults! when Terry walked. Himself back to the front where Terry Resided And should have Always Remained.

Angelique Deverouix (HCDF)    Pg 5 of 5
#2023C0059519L

(40)

K.  Deveroux trusted my Local protective Agency to protect the Resident's. For which the Resident's they suppose to protect, I clearly told the Houston Sheriff Investigator to drop a concern, to keep down the trouble.

(41)

L.  But, instead they forwarded the concern to the Perry PD. And, this caused a vengeful murder plot to circulate, And for that Reason. I would not in the future Share concerns with Anymore protective Agencies.